Michael J. Miller, VA Bar No. 19171
David C. Andersen, CA Bar No.: 194095
THE MILLER FIRM, LLC
2 Bala Plaza, Suite 603
Bala Cynwyd, PA 19004
Telephone: (610) 660-0622
Facsimile: (610) 660-0628

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Docket No. 06-CV-5850-CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| PERRY PRESLIK AND JOHN KANE<br><br>                    Plaintiffs,<br><br>vs.<br><br>Pfizer Inc., et al.<br>                    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| This Document Relates to:<br><br>PERRY PRESLIK<br>JOHN KANE | |

Come now the Plaintiff, Perry Preslik, John Kane, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

1

2   DATED: May 5, 2009        By: /s/ David C. Andersen

3
                                David C. Andersen, CA Bar No. 194095
4                               THE MILLER FIRM, LLP
                                Two Bala Plaza, Ste. 603
5                               Bala Cynwyd, PA 19004
                                Telephone: (212) 335-4500
6                               Facsimile: (212) 335-4501

7                               Attorneys for Plaintiff Perry Preslik, John Kane

8

9

10  DATED: 8/26, 2009           By: /s/ Loren Brown

11
                                DLA PIPER LLP (US)
12                              1251 Avenue of the Americas
                                New York, NY 10020
13                              Telephone: (212) 335-4500
                                Facsimile: (212) 335-4501
14                              *Defendants' Liaison Counsel*

15

16

17

18  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

19

20  Dated: Sept. 1, 2009

21                              _____
                                Hon. Charles R. Breyer
22                              United States

                                IT IS SO ORDERED
23                              Judge Charles R. Breyer

24

25

26

27

28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**